IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DARRYL DANIELS,

    Petitioner,

v.

GREG LEWIS, Warden, Pelican Bay State Prison,

    Respondent.

No. C 10-04032 JSW

**ORDER RE PETITION FOR WRIT OF HABEAS CORPUS**

On September 8, 2010, the Court received a Petition for Writ of Habeas Corpus in this matter. Although the caption states that the Petitioner is Darryl Daniels, the body of the petition states that it is brought on behalf of "Jideofor Ajaelo." (Petition at 1:11-12.) The Court shall not determine whether an Order to Show Cause should be issued, until this discrepancy is clarified.

**IT IS SO ORDERED.**

Dated: September 13, 2010

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE