IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES GORDON, F-18730,  ) <br> ) <br> Petitioner,  ) <br> ) <br> vs.  ) <br> ) <br> RAUL LOPEZ, Warden,  ) <br> ) <br> Respondent.  ) <br> _____  ) | No. C 10-1770 CRB (PR) <br><br> ORDER <br><br> (Docket # 7) |

    Respondent has filed a motion for administrative relief to consider whether this case and <u>Daniels v. Lewis</u>, No. C 10-4032 JSW (PR), are related under Civil Local Rule 3-12. As the judge assigned to the earlier filed case, I find that the two cases are not related.

    The clerk is instructed to file a copy of this order in both cases and to terminate the motion in docket item # 7 in the instant case.

SO ORDERED.

DATED:  Nov. 15, 2010  _____
                                                CHARLES R. BREYER
                                                United States District Judge

G:\PRO-SE\CRB\HC.10\Gordon, C1.or1.wpd