IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DARRYL DANIELS,** | Case No. C 10-04032 JSW |
| Petitioner, | [PROPOSED] ORDER |
| v. | |
| **GREG LEWIS, Warden, Pelican Bay State Prison,** | |
| Respondent. | |

    IT IS HEREBY ORDERED that the time within which respondent is to respond to the Order to Show Cause filed by this Court on September 13, 2010, and provide the relevant state court record, will be extended to January 11, 2011.. Petitioner's traverse, if any, shall be filed and served within 30 days of service of an answer.

Dated: November 24, 2010

_____
The Honorable Jeffrey S. White

1

[Proposed] Order (C 10-04032 JSW)